UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

ERIC LEVI,

Defendant.

25 Mag. 2217 / 26 Cr. _____ (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On **May 27, 2026** at **2:45 p.m.**, a plea proceeding for Defendant Eric Levi will be held in

Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New

York 10007.

SO ORDERED.

Dated:  May 14, 2026
        New York, New York

JENNIFER H. REARDEN
United States District Judge